JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:    530.759.0700
  Facsimile:     530.759.0800

Attorneys for Plaintiffs
ROBERT ANDERSON, and
SAXON CREED MOTORCYCLE CLUB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDERSON, an individual, and SAXON CREED MOTORCYCLE CLUB, an unincorporated fraternal association,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF RIO VISTA, RIO VISTA POLICE DEPARTMENT, CHIEF OF POLICE GREG BOWMAN, and DOES 1-10 in their individual capacities,<br><br>        Defendants. | CASE NO. 2:13-cv-01328-WBS-CKD<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiffs, ROBERT ANDERSON and SAXON CREED MOTORCYCLE CLUB, by and through their counsel of record, hereby notify the court that the parties have reached a settlement in the above-entitled matter.

Dated: January 6, 2015                    WISEMAN LAW GROUP, P.C.

                                            By:   /s/ Joseph J. Wiseman
                                                   JOSEPH J. WISEMAN
                                                   Attorney for Plaintiffs

1