**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone: 530.759.0700**
  **Facsimile:  530.759.0800**

Attorneys for Plaintiffs
ROBERT ANDERSON, and
SAXON CREED MOTORCYCLE CLUB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDERSON, an individual, and SAXON CREED MOTORCYCLE CLUB, an unincorporated fraternal association,<br><br>           Plaintiffs,<br><br>   v.<br><br>CITY OF RIO VISTA, RIO VISTA POLICE DEPARTMENT, CHIEF OF POLICE GREG BOWMAN, and DOES 1-10 in their individual capacities,<br><br>           Defendants. | **CASE NO. 2:13-cv-01328-WBS-CKD**<br><br>**STIPULATION AND [~~PROPOSED~~ ] ORDER CASE DISMISSAL** |

    IT IS HEREBY STIPULATED by the parties, ROBERT ANDERSON and SAXON CREED MOTORCYCLE CLUB, ("Plaintiffs") by and through their counsel of record, and Defendants CITY OF RIO VISTA, RIO VISTA POLICE DEPARTMENT, CHIEF OF POLICE GREG BOWMAN, by and through their counsel of record that the parties have reached a

1  settlement in the above-entitled matter and now wish to have the matter dismissed.

2  IT IS SO STIPULATED

3  Dated: January 8, 2015					WISEMAN LAW GROUP, P.C.

4							By:	/s/  Joseph J. Wiseman
								JOSEPH J. WISEMAN
5								Attorney for Plaintiffs

8  Dated: January 8, 2015					KRONICK, MOSKOVITZ, TIEDMANN & GIRARD

9							By:	/s/  Jonathan P. Hobbs
								JONATHAN P. HOBBS
10								Attorney for Defendants

### ORDER

UPON GOOD CAUSE SHOWN, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-noted case is dismissed with prejudice in its entirety.

Dated:  January 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2